DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRUCE K. HERMAN,**
Appellant,

v.

**PETER HERMAN** and **PETER HERMAN, P.A.,**
Appellees.

No. 4D2023-1499

[March 7, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE22-015322.

Bruce K. Herman of The Herman Law Group, Fort Lauderdale, for appellant.

Robert C. Buschel of Buschel Gibbons, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***